**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**COVINGTON**

Eastern District of Kentucky
FILED

AUG 14 2025

AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.**

**INDICTMENT NO.** 25-61- DLB-CJS
**18 U.S.C. § 2252(a)(2)**

**WILLIAM W. CLARK**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about October 8, 2022, and continuing through on or about July 13, 2024, in Kenton County, in the Eastern District of Kentucky, and elsewhere,

**WILLIAM W. CLARK**

knowingly received visual depictions, using any means and facility of interstate or foreign commerce, and the production of the visual depictions involved the use of a minor engaging in sexually explicit conduct, and the visual depictions were of such conduct, all in violation of 18 U.S.C. § 2252(a)(2).

## FORFEITURE ALLEGATION
### 18 U.S.C. § 2253

1.      By virtue of the commission of the offense alleged in the Indictment, **WILLIAM W. CLARK** shall forfeit to the United States any and all interest that he has in any visual depiction, or matter containing such visual depiction, that was produced, transported, mailed, shipped, or received as part of the violations of 18 U.S.C. § 2252; any property, real or personal, constituting or traceable to gross profits or other proceeds

obtained from the violation of 18 U.S.C. § 2252; and any property, real or personal, used

or intending to be used in the commission or promotion of the violation of 18 U.S.C.

§ 2252 or traceable to such property. Any and all interest that **WILLIAM W. CLARK**

has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C.

§ 2253.

2.    The property to be forfeited includes, but is not limited to, the following:

**ELECTRONIC EQUIPMENT:**
a. HP Pavilion computer, Model TP01-3051, Serial Number 2m025143xc
b. USB drive, Gray/black camouflage in color, mounted in the HP Pavilion computer described in paragraph 2.a.
c. Scan Disk USB Drive, mounted in the HP Pavilion computer described in paragraph 2.a.
d. HP Pavilion computer, Model P7-1053, Serial Number 4CE1200C9J
e. Custom desktop computer, Serial Number 4CE1200C9J
f. Toshiba Portable Hard Drive, Model DTP310, Serial Number 7208TOEMTV8H
g. Western Digital Hard Drive, Model WD400, Serial Number WMA8H1980650
h. Samsung Galaxy Cellular Telephone, Serial Number R9WT60SW5LW
i. All software and peripherals which are contained on or associated with the listed devices.

PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## PENALTIES

Not less than 5 years and not more than 20 years imprisonment, not more than a $250,000 fine, and supervised release for not less than 5 years and up to life.

**PLUS:**    Forfeiture of all listed property.

**PLUS:**    Mandatory special assessment of $100 per count.

Additional mandatory special assessment of $5,000 per count, pursuant to 18 U.S.C. § 3014, for non-indigent Defendants convicted of certain offenses, including those in chapter 110.

Pursuant to 18 U.S.C. §2259A, per count of no more than:

(1) $17,000.00 if convicted of 18 U.S.C. §2252(a)(4) or § 2252A(a)(5);

(2) $35,000.00 if convicted of any other trafficking in child pornography offense as defined by § 2259(c)(3), which includes offenses under 18 U.S.C. §§ 2251(d), 2252(a)(1) through (3), 2252A(a)(1) through (4), 2252A(g) (in cases in which the series of felony violations exclusively involves violations of §§ 2251(d), 2252, 2252A(a)(1) through (5), or 2260(b)), or 2260(b);

(3) $50,000.00 if convicted of child pornography production as defined by 18 U.S.C. § 2259(c)(1), which includes offenses under 18 U.S.C. §§ 2251(a) through (c), 2251A, 2252A(g) (in cases in which the series of felony violations involves at least 1 of the violations listed in this subsection), 2260(a) or any offense under chapter 109A or chapter 117 that involved the production of child pornography (as such term is defined in § 2256).

**PLUS:**    Restitution, if applicable.